UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

WALTER NUVIOLA                              CASE NO.: 17-15260-RAM
                                            CHAPTER: 13
     DEBTOR(S).
_____/

**MOTION TO COMPEL MODIFIED PLAN IN CONNECTION TO MORTGAGE MODIFIATION MEDIATION PROGRAM**

COMES NOW, **Wells Fargo Bank, N.A.** ("Movant"), by and through its undersigned counsel, and moves this honorable Court for an Order Compelling the Debtor to Modify the Confirmed First Amended Chapter 13 Plan. In support thereof, Movant states as follows:

1. Movant has a secured interest in real property located at 531 SW 61st St AVE, Miami, Fl 33144 (the "Subject Property").

2. Movant affirms a timely Proof of Claim (Claim 3) was filed on June 13, 2017 in the amount of $343,051.73 in secured mortgage debt.

3. On June 29, 2017 the Debtor filed an *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation ("MMM") with Lender Wells Fargo Home Mortgage, LLC [DE# 23] relating to the Subject Property.

4. On June 30, 2017, this Court entered an Order Granting Verified Motion for Referral to Mortgage Modification Mediation [DE# 25].

5. On June 29, 2017 the Debtor filed a First Amended Chapter 13 Plan [DE# 24]. Pursuant to the Debtor's Plan, if the **"If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered"**. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. (Emphasis added).

6.     This Court entered an Order Confirming the Debtor's First Amended Chapter 13 Pan on August 21, 2017 [DE# 35].

7.     On October 16, 2017 the Mediator, Robin Weiner, entered a Final Report of Mortgage Modification Mediator [DE# 38].  Per the Final Report, the parties did **not** reach an agreement.

8.     As of the date of filing this Motion, the Debtor has failed to modify the Plan to conform to the Movant's Proof of Claim *or* provide that the real property will be surrendered.

9.     Movant requests that this matter be set for hearing.

10.    Movant reserves the right to amend and/or supplement this Motion, as necessary.

WHEREFORE**, Wells Fargo Bank, N.A.** respectfully requests the Court enter an order:

a.     Compelling the Debtor to comply with the Order Confirming the First Amended Chapter 13 Plan and file a modified plan to conform to the Movant's Proof of Claim *or* providing that the Subject Property will be surrendered; and

b.     Granting any and all such other relief as the Court deems just and appropriate.

### CERTIFICATION PURSUANT TO LOCAL RULE 9011-4

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

By: /s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743 ext 1611
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW M#17-012744

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 28th day of December, 2017.

By: /s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743 ext 1611
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

**SERVICE LIST**

Walter Nuviola
531 SW 61 Ave
Miami, FL 33144

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

ALAW M#17-012744