IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 17-15260-RAM
WALTER NUVIOLA                       CHAPTER 13
    Debtors,
_____/

### DEBTOR'S MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

**DEBTOR, WALTER NUVIOLA** (hereinafter referred to as "Debtor's") by the undersigned attorney and file this Motion to Modify the Confirmed Bankruptcy Plan in this cause and as grounds for this motion would state as follows:

1. That the Debtor's 1st Amended Chapter 13 Plan (D.E. #24) was confirmed on August 21, 2017, D.E. #35.

2. In the confirmed plan, the Debtor was participating in the MMM process and providing adequate protection.

3. The Debtor was denied a modification after the confirmation of the plan.

4. The Debtor would like to maintain his homestead and needs to modify the Chapter 13 Plan to cure and maintain and to conform the Proof of Claim filed by Wells Fargo Bank, N.A. POC 3-1.

5. In addition, the Debtor needs to modify to pay 100% to the unsecured creditors.

6. That allowing modification, under the attached proposed plan, will disburse appropriate payments to the secured Lender of the homestead and to the unsecured creditors.

**WHEREFORE**, the Debtor requests that this Honorable Court Grant his Motion to Modify Confirmed Bankruptcy Plan in this cause.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 10th day of January, 2018.

CORONA LAW FIRM, P.A.
/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 17-15260-RAM**

**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Wells Fargo Bank, N.A.**
c/o Ella Roberts
Albertelli Law
PO Box 23028
Tampa, FL 33623
Email: bkfl@albertellilaw.com